# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TRACI CARTER,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Case No. **RWT 06-203** |
| | * | |
| **CHRIS DINOTO et al.,** | * | |
| | * | |
| Defendants. | * | |

## MEMORANDUM OPINION

On March 27, 2006, Defendants filed a motion to dismiss Plaintiff's complaint in this case. Paper No. 8. Plaintiff timely responded on April 11, 2006, by filing an amended complaint, apparently to address the original complaint's alleged deficiencies, along with a short response in opposition that stated that she could set forth sufficient facts to entitle her to relief. Paper No. 11 (response in opposition); Paper No. 12 (amended complaint). Defendants responded by filing a second motion to dismiss, in which they argued that Plaintiff needed leave of court, which she did not obtain, in order to amend her complaint.

Defendants are incorrect. Fed. R. Civ. P. 15(a) provides that "[a] party may amend [its] pleading once as a matter of course at any time before a responsive pleading is served." A motion to dismiss is not a "responsive pleading." *See* Fed. R. Civ. P. 7(a) (listing pleadings); *Smith v. Blackledge*, 451 F.2d 1201, 1203 n.2 (4th Cir. 1971) (stating that a motion to dismiss is not a responsive pleading for purposes of Rule 15(a)). Plaintiff had the right without leave of court to amend her complaint to attempt to correct its alleged defects. Defendants' second motion to dismiss only cursorily addresses whether the Plaintiff succeeded in her attempt. Accordingly, by separate order, Defendants' first motion to dismiss will be denied as moot, and Defendants' second motion to dismiss will be denied without prejudice to the filing of an additional motion to dismiss that

substantively addresses any alleged defects in the amended complaint.


|            5/8/06            |                    /s/                    |
|------------------------------|-------------------------------------------|
| DATE                         | ROGER W. TITUS                            |
|                              | UNITED STATES DISTRICT JUDGE              |